Opinion.

**Wytheville.**

BUFORD & OTHERS *v.* NORTH ROANOKE LAND CO.

June 17, 1897.

1. APPEALS—*Refusal of bill of review—When petition for appeal must be present-
   ed.*—Under the terms of Section 3455 of the Code the petition for an appeal
   .from a decree refusing a bill of review to a decree rendered more than
   six months prior thereto must be presented within six months from the
   actual date of the decree appealed from, and not from the beginning or
   the end of the term at which it was rendered.

Motion by appellee to dismiss an appeal from a decree of
the Hustings Court of the city of Roanoke.

*Appeal dismissed.*

The opinion states the case.

*Hansbrough & Hall* and *J. H. Fulton*, for the appellants.

*Griffin & Glasgow*, *Phlegar & Johnson* and *W. W. Berkley*,
for the appellees.

KEITH, P., delivered the opinion of the court.

.This case is before us upon a motion to dismiss the appeal
upon the ground that the right to appeal was barred by the
limitation prescribed in section 3455 of the Code. So much
of that section as is applicable to the point to be decided is as
follows:

"If the final decree from which an appeal is asked is a de-
cree refusing a bill of review to a decree rendered more than
six months prior thereto, no appeal from or supersedeas to
such decree so refusing a bill of review shall be allowed, un-

less the petition be presented within six months from the date of such decree.''

The precise point for decision is the time at which the limitation begins to run, and we are of opinion that it is to be computed from the actual date of the decree, and not from the beginning or the end of the term at which it was rendered. The application of this principle to the case before us it is conceded renders necessary the granting of the motion to dismiss, and it is so ordered.

*Appeal dismissed.*